UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF TOP ZINC LIMITED AND ZINC HOTELS (INVESTMENT) LIMITED FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. §1782 | No.: 1:18-MC-00169<br><br>ORAL ARGUMENT REQUESTED |

## NOTICE OF MOTION TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. §1782

PLEASE TAKE NOTICE that Top Zinc Limited and Zinc Hotels (Investment) Limited will bring their Motion to Take Discovery for Use in Foreign Proceedings under 28 U.S.C. §1782. The Motion will be based on 28 U.S.C. §1782 and Federal Rule of Civil Procedure 45, this Notice, the accompanying Memorandum of Law in Support of the Motion, the Declarations of David R. Scott, Belinda Anne Hollway, and Mark Derick Payne, and such other argument or evidence as may be presented at the hearing on the Motion.

Dated:  April 26, 2018

Respectfully submitted,

SCOTT+SCOTT ATTORNEYS AT LAW LLP

*/s/ David R. Scott*
DAVID R. SCOTT
SYLVIA M. SOKOL
RANDY MOONAN
ANJALI BHAT
The Helmsley Building
230 Park Ave., 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
david.scott@scott-scott.com
ssokol@scott-scott.com
rmoonan@scott-scott.com
abhat@scott-scott.com