UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF TOP ZINC LIMITED AND ZINC HOTELS (INVESTMENT) LIMITED FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. §1782 | No.: 1:18-MC-00169 |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Applicants Top Zinc Limited and Zinc Hotels (Investment) Limited (private non-governmental parties) certifies that Top Zinc Limited is the parent company of Zinc Hotels (Investment) Limited. No publicly held company owns 10% or more of Top Zinc Limited's stock.

Dated: April 26, 2018

Respectfully submitted,

SCOTT+SCOTT ATTORNEYS AT LAW LLP

 /s/ David R. Scott
DAVID R. SCOTT
SYLVIA M. SOKOL
RANDY MOONAN
ANJALI BHAT
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
david.scott@scott-scott.com
ssokol@scott-scott.com
rmoonan@scott-scott.com
abhat@scott-scott.com